
12/18/2020

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 20-41957 |
| Jason Christopher Warren | § | Chapter 13 |
| xxx-xx-4381 | § | |
| | § | |
| | § | |
| | § | |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

On November 30, 2020, a Motion for Relief from the Stay Against a 2019 Dodge Challenger, Vehicle Identification Number 2C3CDZAG7KH603807 with Waiver of 30-Day Hearing Requirement (the "Motion") was filed by Santander Consumer USA Inc. dba Chrysler Capital ("Movant") in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14) day negative notice language, pursuant to LBR 4001, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the Motion for Relief from the Stay Against a 2019 Dodge Challenger, Vehicle Identification Number 2C3CDZAG7KH603807 with Waiver of 30-Day Hearing Requirement filed by Santander Consumer USA Inc. dba Chrysler Capital on November 30, 2020 is hereby **GRANTED** so as to authorize the termination of the automatic stay immediately as to the 2019 Dodge Challenger, Vehicle Identification Number 2C3CDZAG7KH603807.

**IT IS FURTHER ORDERED** that, in the event Debtor's bankruptcy is dismissed and reinstated, or in the event Debtor's bankruptcy converts to a different bankruptcy Chapter, this Order shall be considered a part of any such bankruptcy.

**IT IS FURTHER ORDERED** that, since the Motion was unopposed by any party, the fourteen (14) day stay period otherwise imposed by Fed. R. Bankr. P. 4001(3) shall not be applicable to this Order.

Signed on 12/18/2020

_Brenda T. Rhoades_ MD
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE